WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KURT RAUH,**                                                         CV # 10-659-HA

  Plaintiff,

vs.                                                                      ORDER

**COMMISSIONER of Social Security,**

  Defendant.

Based on Plaintiff's application filed 8/30/11, and whereas the parties have reached a settlement subsequent to the filing of that application, attorney's fees in the amount of $7,000.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this **13** day of **Sept**, 2011.

_____
United States District Judge

Submitted on September 13, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1